UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00257-MOC-DCK

| | | |
|---|---|---|
| **SERENA EVANS,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,** | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Strike certain affirmative defenses from Defendant's Answer to Complaint. (Doc. No. 20). Defendant filed an Amended Answer to Plaintiff's Complaint on November 9, 2022. (Doc. No. 27). Because Defendant's Amended Answer excludes the affirmative defenses Plaintiff sought to strike, the pending Motion to Strike the original Answer is moot. See Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule ... is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect.").

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion to Strike, (Doc. No. 20), is **DENIED** as moot.

Signed: December 13, 2022

Max O. Cogburn Jr.
United States District Judge